UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      Plaintiff,

      -v.-

14.84227603 BITCOIN FORMERLY ON DEPOSIT
IN KRAKEN ACCOUNT NO. AA28 N84G W7NH
VBWY; and

14.8422712 BITCOIN CASH FORMERLY ON
DEPOSIT IN KRAKEN ACCOUNT NO. AA28
N84G W7NH VBWY;

      Defendants-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2026

JUDGMENT OF FORFEITURE

26 Civ. 1909 (VEC)

WHEREAS, on or about March 9, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

    a.   14.84227603 Bitcoin ("BTC") formerly on deposit in Kraken Account No. AA28 N84G W7NH VBWY (the "Subject Kraken Account"); and

    b.   14.8422712 Bitcoin Cash ("BCH") formerly on deposit in the Subject Kraken Account

(a. and b., together, the "Defendants-*in-rem*")

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* is subject to forfeiture pursuant to (i) Title 18, United States Code, Section 981(a)(1)(A), because there is probable cause to believe that the Defendants-*in-rem*, constitutes property involved in monetary laundering transactions that derive from specific unlawful activity, in violation of Title 18, United Sates Code, Section 1956, and (ii) Title 21, United State Code, Section 881(a)(6), because there is

probable cause to believe that the Defendants-*in-rem* constitute moneys furnished or intended to be furnished by any person in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

WHEREAS, on or about March 16, 2026, the Notice of Civil Complaint was sent via Electronic Mail to the following:

> Etienne Brinkman
> c/o Jane Khodarkovsky
> Email: jane@arktouros.co

(the "Noticed Party);

WHEREAS, the Government was advised that Etienne Brinkman ("Brinkman"), was the owner of the Subject Kraken Account and asserted an interest in the Defendants-*in-rem*;

WHEREAS, on or about March 13, 2026, the Court entered a Stipulation and Order (the "Stipulation") wherein the Government agreed to return 20% of the Defendants-*in-rem* (the "Returned Share"), and Brinkman disclaimed any interest in the remaining 80% of the Defendants-*in-rem* (the "Forfeited Property") and agreed to not contest the Government's Forfeiture of the Forfeited Property (D.E. 7);

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 17, 2026, through April 15, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose

2

of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, the Noticed Party is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no outstanding claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

[REMAINDER OF PAGE INTENTIONALLY BLANK]

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    The Forfeited Property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2.    The United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeitures shall dispose of the Forfeited Property, according to law.

Dated: New York, New York
_____ May 22 , 2026

SO ORDERED:

_____
HONORABLE VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

4